IN THE UNITED SATES DISTIT COURT

FOR THEEASTERN DISTICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.   Criminal Case No. 3:24CR18

WILLIAM HALL,
         Defendant.

## MOTION FOR CONTINUANCE

Comes now the Defendant, William R. Hall, by counsel previously appointed, and moves this Court for a continuance. This matter is currently set for a plea on February 27, 2024, 2:15 p.m. Mr. Hall currently resides at 909 Georgetown Road, Lexington, Kentucky 40511, which is a halfway house for federal inmates nearing the end of their active incarceration. Mr. Hall's last day of incarceration is March 26, 2024. Until then he is considered an active federal inmate. In order to have him come to Richmond for the arraignment, et al., the undesigned would need to attempt to obtain a furlough for Mr. Hall, which is a virtual impossibility. Upon learning of this issue, the undersigned, probation and the U. S.. Attorney assigned to this matter all concurred that a continuance is appropriate until after March 26th.

      Therefore, Mr. Hall moves this Court for a continuance until after March 26, 2024, and will work with the Clerk's Office, opposing counsel and probation to find a date appropriate for this matter.

                                                   Respectfully submitted,
                                                   William Hall
                                                   By Counsel

_/s/ Charles R. Samuels_
Charles R. Samuels, VSB # 65899
McCandlish Holton, P.C.

1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
Phone: 804-775-3843
Fax: 804-775-3843
Cell: 804-677-7273
E-mail:csamuels@lawmh.com
*Counsel for Defendant*

## Certificate of Service

I certify that on Monday, February 26, 2024, I sent a true copy to Avishek Panth, Esq., via email (Avishek.Panth@usdoj.gov), and Christopher Zychowski (Christopher_Zychowski@vaep.uscourts.gov).