IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-18

WILLIAM R. HALL,

    Defendant.

## ORDER

Having considered the Defendants' MOTION TO APPOINT NEW COUNSEL (ECF No. 43) and DEFENDANT'S COUNSEL'S RESPONSE TO DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL (ECF No. 48) and finding it in the interest of justice and good cause having been shown, it is ORDERED that the MOTION TO APPOINT NEW COUNSEL (ECF No. 43) is granted and Charles Samuels is relieved as counsel in this case. The Clerk of the Court is directed to appoint new counsel in this case.

New counsel shall forthwith communicate with the Court to set a conference call to set a new hearing date for the sentencing hearing currently planned for October 10, 2024, at 10:00 AM.

It is so ORDERED.

                                                    /s/   *REP*
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: September 30, 2024