IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                            Case No. 3:24-cr-18

WILLIAM R. HALL,

    Defendant.

### ORDER

For the reasons set forth on the record during the conference call on October 2, 2024, it is hereby ORDERED that the Defendant shall file any Motion to Withdraw the Guilty Plea by November 11, 2024; by November 18, 2024, the United States shall file its response to such a motion; and by November 22, 2024, the Defendant shall file its reply. If a hearing is needed on the Motion to Withdraw the Guilty Plea, then it will be set for December 6, 2024, at 10:00 AM. If the Defendant does not intend to file a Motion to Withdraw the Guilty Plea, then he will file a statement stating such by November 11, 2024.

It is further ORDERED that if no Motion to Withdraw is filed, then the Defendant and Government shall both file by December 3, 2024, their Renewed Positions on Sentencing and any motions regarding sentencing; by December 9, 2024, both parties shall file their responsive briefing; and by December 11, 2024, at close of

business, both parties shall file their respective replies. If no Motion to Withdraw the Guilty Plea is filed, then the sentencing hearing shall be set for December 13, 2024, at 10:00 AM.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 2, 2024